IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY A. NEWMAN,  :
    Plaintiff  :
  :
v.  :    Case No. AMD 01-3825
  :
STATE OF MARYLAND,  :
    Defendant  :

...oOo...

O R D E R

For good and sufficient reasons as stated to counsel in a teleconference, the motion filed in case number AMD 01-1906 (presenting the same claims as are presented herein) to consolidate this case with that case was granted.

This case is ADMINISTRATIVELY STAYED pending further proceedings in case number AMD 01-1906.

SO ORDERED this 21st day of December, 2001, by the United States District Court for the District of Maryland.

The Clerk of the Court shall TRANSMIT a copy of this Order to counsel of record.

ANDRE M. DAVIS
United States District Judge

